The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LOBSANG DARGEY,<br><br>　　　　　　Defendant. | No. 2:17-CR-00001-RSL<br><br>[~~PROPOSED~~] ORDER GRANTING LOBSANG DARGEY'S UNOPPOSED MOTION FOR RETURN OF PASSPORT<br><br>NOTE ON MOTION CALENDAR:<br>October 5, 2017 |

THIS CAUSE came before the Court upon the unopposed motion for return of Lobsang Dargey's passport. The Court has carefully reviewed the motion and for good cause appearing,

IT IS HEREBY ORDERED that Mr. Dargey's passport, which is presently posted with the Clerk of the Court, shall be released directly to Robert S. Mahler, counsel for Mr. Dargey.

Dated this 20th day of October, 2017.

_____
Robert S. Lasnik
United States District Court Judge

---

[~~PROPOSED~~] ORDER GRANTING LOBSANG DARGEY'S
UNOPPOSED MOTION FOR RETURN OF PASSPORT - 1
Case No. 2:17-CR-00001-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

51639876.1

1  Presented by:

2

3  *s/Robert S. Mahler*
   Robert S. Mahler, WSBA #23913
4  FOSTER PEPPER PLLC
   1111 Third Avenue, Suite 3000
5  Seattle, Washington 98101-3292
   Telephone: (206) 447-4400
6  Facsimile: (206) 447-9700
   Email: bob.mahler@foster.com
7  Attorneys for Defendant Lobsang Dargey

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING LOBSANG DARGEY'S
UNOPPOSED MOTION FOR RETURN OF PASSPORT - 2
Case No. 2:17-CR-00001-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51639876.1