The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>   v.<br><br>LOBSANG DARGEY,<br><br>                             Defendant. | No. 2:17-cr-00001 RSL<br><br>ORDER GRANTING ROBERT S. MAHLER'S; ADRIENNE G. MCKELVEY'S; AND FOSTER PEPPER PLLC'S MOTION TO WITHDRAW AS COUNSEL |

THIS CAUSE came before the Court upon the motion of Robert S. Mahler, Adrienne G. McKelvey, and Foster Pepper PLLC to withdraw as counsel for the defendant in the above-captioned matter. For the reasons stated in the motion, Robert S. Mahler, Adrienne G. McKelvey, and Foster Pepper PLLC shall be permitted to withdraw as counsel for Mr. Dargey.

IT IS SO ORDERED.

Dated this 7th day of November, 2017.

                                                                                /s/ Robert S. Lasnik
                                                                                Robert S. Lasnik
                                                                                United States District Judge

ORDER GRANTING ROBERT S. MAHLER'S; ADRIENNE G. MCKELVEY'S; AND FOSTER PEPPER PLLC'S MOTION TO WITHDRAW AS COUNSEL - 1
Case No. 2:17-cr-00001 RSL

51636149.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

Presented by:

*s/Robert S. Mahler*
Robert S. Mahler, WSBA #23913
Adrienne G. McKelvey, WSBA #50990
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
bob.mahler@foster.com
adrienne.mckelvey@foster.com
Attorneys for Defendant

ORDER GRANTING ROBERT S. MAHLER'S; ADRIENNE G. MCKELVEY'S; AND FOSTER PEPPER PLLC'S MOTION TO WITHDRAW AS COUNSEL - 2
Case No. 2:17-cr-00001 RSL

51636149.1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700