# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>LOBSANG DARGEY,<br><br>              Defendant. | Case No. CR17-001-RSL<br><br>ORDER DENYING MOTION FOR JUDICIAL RECOMMENDATION |

This matter comes before the Court on defendant Lobsang Dargey's motion for a judicial recommendation of placement in a residential re-entry center for twelve months preceding his release from confinement. Dkt. #36.

Mr. Dargey pled guilty to Conspiracy to Commit Wire Fraud and Scheme to Conceal Information from the United States on January 4, 2017. Dkt. #6. He was sentenced to 48 months imprisonment, followed by 3 years of supervised release. Dkt. #33.

The Director of the Bureau of Prisons ("BOP") is required, "to the extent practicable, [to] ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community." 18 U.S.C. § 3624(c)(1). These conditions may include a community correctional facility. See id. Mr. Dargey's placement at a residential re-entry center is entirely within the discretion of the Bureau of Prisons. See id. The Court appreciates Mr. Dargey's desire to reintegrate successfully

ORDER DENYING MOTION FOR
JUDICIAL RECOMMENDATION - 1

into society, but declines to issue a statement. See 18 U.S.C. § 3621(b). The Court notes that Mr. Dargey submitted an application in this regard to the Unit Manager of FCI Sheridan on August 14, 2018. Dkt. #36-1. If Mr. Dargey does not ultimately receive a 12-month placement at a residential re-entry center, he is free to pursue appropriate BOP administrative remedies. See 28 CFR § 542 et seq.

For the foregoing reasons, Mr. Dargey's motion is DENIED.

DATED this 16th day of November, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
JUDICIAL RECOMMENDATION - 2